USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,  :  **19 CR 169 (VM)**
:
    -against-  :
:  **ORDER**
EDWARD TORRES,  :
:
        Defendant.  :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The Court previously scheduled a sentencing in the above-referenced matter for July 10, 2020 at 10:15 a.m. The parties have jointly requested that the sentencing be rescheduled due to the ongoing coronavirus pandemic. The parties have advised the Court that they are available on September 18, 2020 at 11:00 a.m.

    Accordingly, it is hereby ordered that the sentencing be held before Judge Marrero on Friday, September 18, 2020 at 11:00 a.m.

**SO ORDERED:**

Dated:    New York, New York
          24 June 2020

                                    _____
                                    Victor Marrero
                                    U.S.D.J.