```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,    :    **19 CR 169 (VM)**
                             :
        -against-            :
                             :    <u>ORDER</u>
EDWARD TORRES,               :
                             :
              Defendant.     :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Following correspondence with both parties and at the request of defense counsel, the sentencing of the above-named defendant, currently scheduled for Friday, June 10, 2022, shall be adjourned until Friday, August 5, 2022 at 12:00pm.

**SO ORDERED:**

Dated:    New York, New York
            6 June 2022

                                                              Victor Marrero
                                                              U.S.D.J.