USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

EDWARD TORRES,

               Defendant.

19 CR 169 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A status conference in the above-captioned matter is hereby scheduled for December 16, 2022 at 11:30 a.m. in Courtroom 15B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    13 December 2022
            New York, New York

_____
Victor Marrero
U.S.D.J.