**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2022
```

UNITED STATES OF AMERICA,

- against -

EDWARD TORRES,

                Defendant.

19 CR 169 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Antonia Apps, the attorney representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Meredith Heller.

**SO ORDERED.**

Dated:    16 December 2022
            New York, New York

                                            Victor Marrero
                                              U.S.D.J.