USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

  - against -

EDWARD TORRES,

                Defendant.

**19 CR 169 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

At the request of the Government, the Court hereby extends the deadline for the Government to submit a written report on the conditions of Defendant's custody and care at the Windsor Park nursing home to December 20, 2022.

**SO ORDERED.**

Dated:   19 December 2022
         New York, New York

                                        Victor Marrero
                                        U.S.D.J.